## (March 10, 1967)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAURENCE CARROLL, Appellant, v. ROSS E. HEROLD, as Superintendent of Dannemora State Hospital, Respondent.— Motion for permission to appeal to the Court of Appeals dismissed as academic. (See *People ex rel. Carroll* v. *Herold,* 19 N Y 2d 580.) Gibson P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

■ ROBERTO RAMIREZ, Respondent, v. CARMEN G. NUNEZ, Appellant.— Motion to dismiss appeal denied as premature, without costs. Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALDEN BRIGGS, Appellant.— Upon appeal to this court from a judgment of the County Court of Chemung County convicting defendant, *inter alia,* of the crime of assault in the second degree in violation of subdivision 5 of section 242 of the Penal Law, such judgment was reversed on the law and that count of the indictment dismissed (25 A D 2d 50). Upon appeal to the Court of Appeals, this court's order was modified (19 N Y 2d 37) and the case remitted to this court for disposition of the facts in accordance with section 543-b of the Code of Criminal Procedure. Motion to restore appeal to the calendar granted, and upon restoration, the judgment of the County Court of Chemung County, convicting defendant of the crime of assault in the second degree in violation of subdivision 5 of section 242 of the Penal Law, and sentencing him to an indefinite term in accordance with article 3-A of the Correction Law, is affirmed. The findings of fact implicit in the verdict of the jury and the exercise of discretion are affirmed. Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.

■ F. A. BALLARD, Doing Business as FRED BALLARD CONSTRUCTION CO., Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 39892.) — Motion to resettle order entered on January 12, 1967, denied, without costs. (See *Matter of Sipal Realty Corp.* v. *William,* 15 A D 2d 456.) Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAY OTTO HUTSON, Appellant.— Application by appellant for an order directing that the District Attorney serve appellant with a copy of his brief and that assigned counsel furnish appellant with his file for the purpose of enabling appellant personally to file a supplemental brief denied. (Cf. *People* v. *Richardson,* 4 N Y 2d 224, cert. den. 357 U. S. 943; *People* v. *Pugach,* 14 N Y 2d 943.) Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GARY ALLEN MORSE, DONALD ROBERT ROGERS and DOUGLAS PHILLIP SALLS, Appellants.— Motion to dismiss appeal granted (Code Crim. Pro., § 535). Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL MARTIN, Appellant.— Motion for permission to proceed as a poor person and assignment of counsel upon appeal from a judgment of conviction rendered in County Court of Columbia County denied. (See *People* v. *Martin,* 24 A D 2d 528; 26 A D 2d 852.) Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.